**Teri LEWIS and Thomas Lewis, Personal Representatives of the Estate of Philip Lewis, Plaintiffs–Appellants,**

v.

**SACRAMENTO COUNTY; Sacramento County Sheriff's Department; James E. Smith, Defendants–Appellees.**

No. 93–15924.

United States Court of Appeals,
Ninth Circuit.

Aug. 20, 1998.

Before: SCHROEDER, PREGERSON and WIGGINS, Circuit Judges.

### ORDER

The judgement of the District Court is affirmed.

**Teresita Moral BORJA, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

**Tomas Tabisula BRIONES, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 97–70272, 97–70321.

United States Court of Appeals,
Ninth Circuit.

Aug. 24, 1998.

### ORDER

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is or-dered that these cases be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinions in *Borja v. Immigration and Naturalization Service,* 139 F.3d 1251 (9th Cir.1998) and *Briones v. Immigration and Naturalization Service,* 139 F.3d 1255 (9th Cir.1998) are withdrawn.

These cases are consolidated for rehearing en banc.